# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHANTELL PEREZ, an individual and on behalf of all those similarly situated; BEATRICE LOPEZ, an individual; and MARLENE CARBAJAL, an individual.<br><br>Plaintiff,<br>vs.<br><br>DISCOVER ENTERTAINMENT, INC., a California Corporation; LONG KIM HUOT, an individual; TAWNY HUOT, an individual; ANDY SO, an individual; DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-03199-CBM-SKx<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF MERCEDES GARCIA [NO JS-6]** |

On September 3, 2021, defendants Discover Entertainment, Inc., Long Kim Huot, Tawny Huot, and Andy So (collectively, "Defendants") served plaintiff Mercedes Garcia ("Plaintiff") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of NINETY THOUSAND U.S. DOLLARS ($90,000.00), inclusive of costs and attorneys' fees. On September 12, 2021, Plaintiff accepted the offer. *See* Dkt. 45.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of NINETY THOUSAND U.S. DOLLARS ($90,000.00), inclusive of costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendants for the total sum of NINETY THOUSAND U.S. DOLLARS ($90,000.00), inclusive of costs and attorneys' fees, with interest at the legal rate of ten percent (10%) per annum from the date of the entry of this Judgment. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: SEPTEMBER 24, 2021 _____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE