1
2
3
4
5
6
7
8

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHANTELL PEREZ, an individual and on behalf of all those similarly situated; BEATRICE LOPEZ, an individual; and MARLENE CARBAJAL, an individual. <br><br> Plaintiff, <br> vs. <br><br> DISCOVER ENTERTAINMENT, INC., a California Corporation; LONG KIM HUOT, an individual; TAWNY HUOT, an individual; ANDY SO, an individual; DOE MANAGERS 1-3; and DOES 4-100, inclusive, <br><br> Defendants. | Case No. 2:20-cv-03199-CBM-SKx <br><br> **JUDGMENT IN FAVOR OF PLAINTIFF RIO MADISON SANCHEZ [51] [NO JS6]** |

On September 24, 2021, defendants Kopper Kitty, Inc. dba Synn's Gentlemen's Club, Figueroa Group, Inc. dba Rio's Gentlemen's Club, Long Kim Huot, and Ronald Lee McKinney, Jr.'s (collectively, "Defendants") served plaintiff Mercedes Garcia ("Plaintiff") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of ONE HUNDRED FIFTY THOUSAND U.S. DOLLARS ($150,000.00), inclusive of costs and attorneys' fees. On September 27, 2021, Plaintiff accepted the offer. *See* Dkt. 50.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of ONE HUNDRED FIFTY THOUSAND U.S. DOLLARS ($150,000.00), inclusive of costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendants for the total sum ONE HUNDRED FIFTY THOUSAND U.S. DOLLARS ($150,000.00), inclusive of costs and attorneys' fees, with interest at the legal rate per annum from the date of the entry of this Judgment. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: OCTOBER 13, 2021

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE