| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | | |
|---|---|---|
| 11 | CHANTELL PEREZ, an individual and on behalf of all those similarly situated; BEATRICE LOPEZ, an individual; and MARLENE CARBAJAL, an individual. | ) Case No. 2:20-cv-03199-CBM-SKx ) ) **JUDGMENT IN FAVOR OF** ) **PLAINTIFF JUSTINE** ) **GRANADINO   [NO JS6]** ) |
| 15 | Plaintiff, | ) |
| 16 | vs. | ) ) |
| 17 | DISCOVER ENTERTAINMENT, INC., a California Corporation; LONG KIM HUOT, an individual; TAWNY HUOT, an individual; ANDY SO, an individual; DOE MANAGERS 1-3; and DOES 4-100, inclusive, | ) ) ) ) ) ) ) ) |
| 22 | Defendants. | ) ) ) ) ) |

---

**JUDGMENT IN FAVOR OF PLAINTIFF JUSTINE GRANADINO**

– 1 –

On November 12, 2021, defendants Kopper Kitty, Inc. dba Synn's Gentlemen's Club, Figueroa Group, Inc. dba Rio's Gentlemen's Club, Long Kim Huot, and Ronald Lee McKinney, Jr.'s 365 N. LA CIENEGA BEVERLY HILLS, LLC dba SYNN GENTLEMAN'S CLUB and 7180 SUNSET HOLLYWOOD, LLC dba SEVENTH VEIL (collectively, "Defendants") served plaintiff Justine Granadino ("Plaintiff") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of FIFTY-FIVE THOUSAND U.S. DOLLARS ($55,000.00), inclusive of costs and attorneys' fees. On November 22, 2021, Plaintiff accepted the offer. *See* Dkt. 57.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of FIFTY-FIVE THOUSAND U.S. DOLLARS ($55,000.00), inclusive of costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendants for the total sum FIFTY-FIVE THOUSAND U.S. DOLLARS ($55,000.00), inclusive of costs and attorneys' fees, with interest at the legal rate per annum from the date of the entry of this Judgment. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: DECEMBER 8, 2021

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE