1
2
3
4
5
6
7
8

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHANTELL PEREZ, an individual and on behalf of all those similarly situated; BEATRICE LOPEZ, an individual; and MARLENE CARBAJAL, an individual.<br><br>  Plaintiff,<br>vs.<br><br>DISCOVER ENTERTAINMENT, INC., a California Corporation; LONG KIM HUOT, an individual; TAWNY HUOT, an individual; ANDY SO, an individual; DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br><br>  Defendants. | ) Case No. 2:20-cv-03199-CBM-SKx<br>)<br>) **JUDGMENT IN FAVOR OF**<br>) **PLAINTIFF FELICIA BURNS**<br>) **[70]**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On January 7, 2022, defendants Kopper Kitty, Inc. dba Synn's Gentlemen's Club (North Hills), Long Kim Huot, and Ronald Lee McKinney, Jr. (collectively, "Defendants") served plaintiff Felicia Burns ("Plaintiff") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of THIRTY-FIVE THOUSAND U.S. DOLLARS ($35,000.00), inclusive of costs and attorneys' fees. On January 7, 2022, Plaintiff accepted the offer. *See* Dkt. 69.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of THIRTY-FIVE THOUSAND U.S. DOLLARS ($35,000.00), inclusive of costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendants for the total sum THIRTY-FIVE THOUSAND U.S. DOLLARS ($35,000.00), inclusive of costs and attorneys' fees, with interest at the legal rate per annum from the date of the entry of this Judgment. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: JANUARY 19, 2022 _____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE