1
2
3
4
5
6
7
8

**THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

9
10

| | |
|---|---|
| CHANTELL PEREZ, an individual and on behalf of all those similarly situated; BEATRICE LOPEZ, an individual; and MARLENE CARBAJAL, an individual.<br><br>                    Plaintiff,<br><br>          vs.<br><br>DISCOVER ENTERTAINMENT, INC., a California Corporation; LONG KIM HUOT, an individual; TAWNY HUOT, an individual; ANDY SO, an individual; DOE MANAGERS 1-3; and DOES 4-100, inclusive,<br><br>                    Defendants. | ) Case No. 2:20-cv-03199-CBM-SKx<br>)<br>) **JUDGMENT IN FAVOR OF**<br>) **PLAINTIFF KAYGEE ENGLISH [77]**<br>) **[NO JS-6]**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On March 1, 2022, defendants Southbay Entertainment, LLC dba Satin Gentleman's Club, Long Kim Huot, and Ronald Lee McKinney, Jr. (collectively, "Defendants") served plaintiff Kaygee English ("Plaintiff") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of FORTY THOUSAND U.S. DOLLARS ($40,000.00), inclusive of costs and attorneys' fees. On March 4, 2022, Plaintiff accepted the offer. *See* Dkt. 76.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of FORTY THOUSAND U.S. DOLLARS ($40,000.00), inclusive of costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendants for the total sum FORTY THOUSAND U.S. DOLLARS ($40,000.00), inclusive of costs and attorneys' fees, with interest at the legal rate per annum from the date of the entry of this Judgment. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: MARCH 16, 2022

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

CC:FISCAL