UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 20-3199-CBM(SKx)** | Date | APRIL 29, 2022 |
|---|---|---|---|

| Title | Chantell Perez et al v. Discover Entertainment, Inc., et al., |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that a joint status report must be filed by the parties to this action no later than **JUNE 3, 2022**.

IT IS SO ORDERED.

cc: all parties

---

CV-90                                    CIVIL MINUTES - GENERAL                    Initials of Deputy Clerk ys