John P. Kristensen (SBN 224132)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: 310-273-1230
Facsimile:  310-858-1063
*kristensen@cz.law*

*Attorney for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHANTELL PEREZ, et. al.,<br><br>    Plaintiff,<br>vs.<br><br>DISCOVER ENTERTAINMENT, INC., a California Corporation; LONG KIM HUOT, an individual; TAWNY HUOT, an individual; ANDY SO, an individual; DOE MANAGERS 1-3; and DOES 4-10. inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-03199-CBM-SKx<br><br>**COLLECTIVE ACTION**<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF ARLENE VELA, AGAINST DEFENDANTS DSM ENTERTAINMENT, INC., DBA SATIN GENTLEMEN'S CLUB; LONG KIM HUOT; AND RONALD LEE MCKINNEY, JR. [122]**<br><br>JS-6<br><br>Complaint Filed: April 7, 2020 |

On May 4, 2023, defendants DSM Entertainment, Inc., dba Satin Gentlemen's Club, Long Kim Huot, and Ronald Lee McKinney, Jr, (collectively, "Defendants") served plaintiff Arlene Vela ("Plaintiff" or "Vela") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of FIFTY-SEVEN THOUSAND U.S. DOLLARS ($57,000.00), **inclusive** of reasonable attorneys' fees and costs. On May 4, 2023, Plaintiff accepted the offer. *See* Dkt. 102.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendant Figueroa Group, Inc., the total sum of FIFTY-SEVEN THOUSAND U.S. DOLLARS ($57,000.00), **inclusive** of reasonable attorneys' fees and costs.

Plaintiff will not execute on the judgment provided that Defendant Figueroa Group, Inc. pays this judgment in accordance with the terms of the Rule 68 Offer of Judgment. In addition, should Figueroa Group, Inc. become more than fifteen (15) days delinquent in any payment then Plaintiff may file an *ex parte* application for judgment as to Defendants Huot and McKinney, for the then current unpaid balance.

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is entered for Plaintiff and against Defendant Figueroa Group, Inc. for the total sum of FIFTY-SEVEN THOUSAND U.S. DOLLARS ($57,000.00), **inclusive** of reasonable attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: JUNE 16, 2023

Hon. Consuelo B. Marshall
United States District Judge